FILED

12/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0606

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0606

IN THE MATTER OF

K.S.,

A Youth in Need of Care

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing

IT IS HEREBY ORDERED that Appellant is granted an extension of time until January 27, 2025, to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Grant of Extension of Time
Chief Justice, Montana Supreme Court
December 24 2024
PAGE 1